UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FLUOROQUINOLONE PRODUCTS
LIABILITY LITIGATION                                                      MDL No. 2642

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −58)

On August 17, 2015, the Panel transferred 19 civil action(s) to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 122 F.Supp.3d 1378 (J.P.M.L. 2015). Since that time, 500 additional action(s) have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable John R. Tunheim.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Tunheim.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of August 17, 2015, and, with the consent of that court, assigned to the Honorable John R. Tunheim.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Oct 24, 2016

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A true printed copy in __2__ sheet(s)
of the electronic record filed on 10/24/16.
in the United States District Court
for the District of Minnesota.
CERTIFIED,_____October 25 2016_____
RICHARD D. SLETTEN
BY:_____
Deputy Clerk

| | | | |
|---|---|---|---|
| IN RE: FLUOROQUINOLONE PRODUCTS LIABILITY LITIGATION | | | MDL No. 2642 |

### SCHEDULE CTO−58 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **CALIFORNIA NORTHERN** | | | |
| ~~CAN~~ | ~~3~~ | ~~16−05304~~ | ~~David Coffey v. Bayer HealthCare Pharmaceuticals Inc. et al~~ Opposed 10/21/16   16-cv-4165 (JRT) |
| **OKLAHOMA WESTERN** | | | |
| OKW | 5 | 16−01132 | Anderson et al v. Bayer Healthcare Pharmaceuticals Inc et al   16 cv 3602 JRT |
| **PENNSYLVANIA EASTERN** | | | |
| PAE | 2 | 16−04369 | ROWELL v. JOHNSON & JOHNSON et al  16 CV 3603 JRT |
| PAE | 2 | 16−04370 | WATKINS v. JOHNSON & JOHNSON et al  16 cv 3604 JRT |
| PAE | 2 | 16−04371 | VARNER v. JOHNSON & JOHNSON et al  16 cv 3605 JRT |
| PAE | 2 | 16−04372 | WATTS v. JOHNSON & JOHNSON et al  16 cv 3606 JRT |
| PAE | 2 | 16−04373 | WILLIAMS v. JOHNSON & JOHNSON et al  16 cv 3607 JRT |
| PAE | 2 | 16−04374 | WRIGHT v. JOHNSON & JOHNSON et al  16 cv 3608 JRT |
| PAE | 2 | 16−04433 | JOHNSON v. BAYER HEALTHCARE PHARMACEUTICALS, INC. et al  16 CV 3609 JRT |